**MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
☐ VIDEOCONFERENCE  ☑ COURTROOM

U.S.A. v. **Skyler Philippi**, No. **3:24-mj-2388**

ATTORNEY FOR GOVERNMENT: Josh Kurtzman

ATTORNEY FOR DEFENDANT: David Baker  ☑ AFPD  ☐ Panel  ☐ Retained

PRETRIAL SERVICES/PROBATION OFFICER: Tiana Rock

INTERPRETER NEEDED? ☐ YES  ☑ NO   LANGUAGE/INTERPRETER: _____
☐ PRESENT  ☐ TELEPHONE  ☐ VIDEO

☐ Defendant consents appear to before the Magistrate Judge by video conference.

☑ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☑ ARRESTED ON: 11.02.2024
  DEFENDANT HAS A COPY OF:
  ☑ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
  ☑ Defendant advised of the charges and the maximum penalties  ☐ Defendant has a copy of notice of rights
  ☑ Defendant advised of right to counsel   ☐ Counsel retained
  ☑ Financial affidavit filed under penalty of perjury    ☑ FPD Appointed
  ☑ Defendant advised of right to silence
  ☑ Defendant advised of right to **Consular notification**   ☐ Counsel app't based on counsel's statement
  ☑ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
  ☑ Government motion for detention                     ☑ Defendant temporarily detained
  ☐ Defendant waived detention hearing                  ☐ ICE detainer on defendant
  ☐ Defendant reserved right to hearing in future       ☐ Defendant to be returned to State custody
  ☐ Defendant to remain in Federal custody              ☐ Defendant waived rights under IAD
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant released on:
    ☐ Own recognizance with conditions of release  ☐ standard  ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
  ☐ **RULE 5** - Defendant advised of right to identity hearing  ☐ Defendant waived identity hearing
  ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
  ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☑ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** 11/13/24 at 1:30pm courtroom 3D

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof   ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY  ☐ NOT GUILTY  ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** 11.04.2024    **TOTAL TIME:** 13 minutes
**BEGIN TIME:** 2:43pm  **END TIME:** 2:56pm
☑ *Digitally Recorded*  ☐ *Court Reporter:* _____

Form Revised 2/9/2018    Page 1 of 1