UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:24-2388 |
| v. | ) JUDGE HOLMES |
| | ) |
| SKYLER PHILIPPI | ) |

## UNOPPOSED MOTION TO WAIVE PRELIMINARY HEARING AND DETENTION HEARING

The defendant, Skyler Philippi, through undersigned counsel, hereby moves this Honorable Court for an order waiving the preliminary hearing and waiving and reserving his right to a detention hearing. Assistant United States Attorney Joshua Kurtzman has authorized defense counsel to state to this Court that the government is not opposed to this motion.

A preliminary and detention hearing is scheduled in this case on Wednesday, November 13 at 1:30 p.m. Pursuant to Fed. R. Crim. P. 5.1(a)(1), a magistrate judge must conduct a preliminary hearing unless one of five exceptions at Rule 5.1(a)(1)-(5) applies. Rule 5.1(a)(1) provides that a hearing is not required if "the defendant waives the hearing." Through counsel, Mr. Philippi waives his right to a preliminary hearing.

Mr. Philippi also waives his right to a detention hearing, pursuant to 18 USC § 3142, and agrees to remain in custody, until further orders of the Court. The government and Mr. Philippi are negotiating a possible resolution of this case, and the parties may agree to the filing of an information, under Fed. R. Crim. P. 7(b), in

this matter. As a result, Mr. Philippi also waives his right to a detention hearing but reserves his right to file a motion for his release at a later time if circumstances change.

                                 Respectfully submitted,

                                 s/ *R. David Baker*
                                 R. DAVID BAKER
                                 Assistant Federal Public Defender
                                 810 Broadway, Suite 200
                                 Nashville, Tennessee 37203
                                 615-736-5047
                                 David_baker@fd.org

                                 Attorney for Skyler Philippi

## CERTIFICATE OF SERVICE

     I hereby certify that on November 12, 2024, I electronically filed the foregoing *Unopposed Motion to Waive Preliminary Hearing and Detention Hearing* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                 s/ *R. David Baker*
                                 R. DAVID BAKER