IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:24-mj-2388 |
| | ) |
| SKYLER PHILIPPI | |

**O R D E R**

On November 4, 2024, defendant Skyler Philippi appeared with counsel, Assistant Federal Public Defender David Baker, for an initial appearance in connection with the criminal complaint filed on November 4, 2024. (Docket No. 3). Assistant U.S. Attorney Josh Kurtzman appeared for the United States (the "government"). By and through counsel, defendant requested a preliminary and detention hearing, which was set for November 13, 2024. (Docket No. 10.)

Now before the Court is Defendant's Motion to Waive Preliminary and Detention Hearing (Docket No. 11), in which the defendant waives a preliminary hearing (*id*. at 1) and waives the right to an immediate detention hearing reserving the right to request a later hearing (*id*. at 2). The defendant having knowingly waived his right to a preliminary and his right to an immediate detention hearing, as evidenced by the pending motion, the Court accepts the waiver with the defendant's reservation of his right to request a later detention hearing, and the defendant's motion (Docket No. 11) is therefore **GRANTED**. The preliminary hearing and detention hearing scheduled for November 13, 2024 is **CANCELLED** and the government's motion for detention (Docket No. 5) is **CONDITIONALLY GRANTED** with leave for the defendant to later move for a detention hearing.

It is further **ORDERED** that the defendant be detained until further order of the Court, and the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending disposition of the petition, and he

shall be held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is **SO ORDERED**.

_____
BARBARA D. HOLMES
United States Magistrate Judge